United States District Court
for the District Of New Jersey

| | |
|---|---|
| LOMBERG & DEL VESCOVO, LLC<br><br>    Appellant,<br><br> v.<br><br>ELIOT S. SASH<br><br>    Appellee. | Civil No.: 13-3117 (KSH)<br><br>On Appeal From Orders of the United States Bankruptcy Court for the District of New Jersey (Case No. 12-37106)<br><br>**Final Order** |

This matter having come before the Court upon the appeal of orders of the Bankruptcy Court for the District of New Jersey, and for the reasons expressed in the accompanying opinion,

**IT IS**, on this 31st day of March, 2014,

**ORDERED** that the Bankruptcy Court's orders of March 6, 2013 [Bankr. D.E. 38–39] are **AFFIRMED**; and it is further

**ORDERED** that the Clerk of the Court shall close the case.

                /s/ Katharine S. Hayden
                Katharine S. Hayden, U.S.D.J.